**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-1395**

———————

THOMAS J. GROSS,

Plaintiff - Appellant,

versus

NORMAN Y. MINETA, Secretary, Department of
Transportation,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (1:05-cv-01480-LMB)

———————

Submitted: September 27, 2006     Decided: October 17, 2006

———————

Before WILKINSON, MICHAEL, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Thomas J. Gross, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Thomas J. Gross appeals the district court's order dismissing this action with prejudice for failure to comply with a court order that he file a complaint that complied with Fed. R. Civ. P. 8(a). We have reviewed the record and find no reversible error. Accordingly, we dismiss the appeal for the reasons stated by the district court. <u>Gross v. Mineta</u>, No. 1:05-cv-01480-LMB (E.D. Va. Jan. 20, 2006). We deny the motions to proceed in forma pauperis and for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

- 2 -